# EXHIBIT 1

# PURCHASE ORDER

ORDERED BY:

**Soho Partners Group LLC**
35 W. 35th Street
400
New York, NY  10001
USA

Voice:
Fax:

Purchase Order No.:  DFI-CALI-1230
Date Issued:         10/5/21

| To: | Ship To: |
|---|---|
| DONGGUAN FENGSHANG INDUSTRIAL CO. LTD<br>BLD HONGHUA<br>XIANGSHI RD<br>LIABO TOWN DONGGUAN<br>China | Soho Partners Group LLC<br>499 7TH AVENUE<br>12TH FLOOR SOUTH<br>New York, NY  10018<br>USA |

| Good Thru | Ship Via | Account No. | Terms |
|---|---|---|---|
| 12/30/21 | Ground |  | FULL AMT AGAINST B/L GOODS ON |

| Quantity | Item | Description | Unit Cost | Amount |
|---:|---|---|---:|---:|
| 4,200.00 | SC-401N-BLK | 22" INSEAM LEGGING WITH REGULA | 6.65 | 27,930.00 |
| 3,000.00 | SC-401N-RUBY | 22" INSEAM LEGGING WITH REGULA | 6.65 | 19,950.00 |
| 3,600.00 | SC-401N-HEGR | 22" INSEAM LEGGING WITH REGULA | 6.65 | 23,940.00 |
| 1,800.00 | SC-401N-LAV | 22" INSEAM LEGGING WITH REGULA | 6.65 | 11,970.00 |
| 2,400.00 | SC-401N-BBY | 22" INSEAM LEGGING WITH REGULA | 6.65 | 15,960.00 |
| 4,200.00 | SH-402N-BLK | 22" INSEAM HIGH RISE LEGGING W | 6.65 | 27,930.00 |
| 3,000.00 | SH-402N-RUBY | 22" INSEAM HIGH RISE LEGGING W | 6.65 | 19,950.00 |
| 3,600.00 | SH-402N-HEGR | 22" INSEAM HIGH RISE LEGGING W | 6.65 | 23,940.00 |
| 1,800.00 | SH-402N-LAV | 22" INSEAM HIGH RISE LEGGING W | 6.65 | 11,970.00 |
| 2,400.00 | SH-402N-BBY | 22" INSEAM HIGH RISE LEGGING W | 6.65 | 15,960.00 |
| 3,600.00 | SL-401N-BLK | 25" INSEAM LEGGING WITH REGULA | 6.75 | 24,300.00 |
| 3,000.00 | SL-401N-RUBY | 25" INSEAM LEGGING WITH REGULA | 6.75 | 20,250.00 |
| 3,000.00 | SL-401N-HEGR | 25" INSEAM LEGGING WITH REGULA | 6.75 | 20,250.00 |
| 1,800.00 | SL-401N-LAV | 25" INSEAM LEGGING WITH REGULA | 6.75 | 12,150.00 |
| 2,400.00 | SL-401N-BBY | 25" INSEAM LEGGING WITH REGULA | 6.75 | 16,200.00 |
|  |  |  | **TOTAL** | **$292,650.00** |

Authorized Signature  _____