# EXHIBIT 2

# DONGGUAN FENGSHANG INDUSTRIAL CO. LTD
ADDRESS: HONGHUA BLD, XIANGSHI ROAD , LIAOBU TOWN DONGGUAN CHINA

## PROFORMA INVOICE

DATE: 2021-12-10
PI NO.: FS20211125

| To: | Soho Partners Group LLC (Ringer Jeans LLC) | | | | | | |
|---|---|---|---|---|---|---|---|
| Address: | 35 West 35th Street, Suite 400, New York, NY 10001 | | | | | | |
| Attention: | Malory / Charles | | | | | | |
| PO# | STYLE# | Ref Pic. | COLOR | DESCRIPTION | QTY/pcs | Unit Price | Total Price |
| DFI-CALI-1230 | SC-401N-BLK | | BLACK | 22" INSEAM LEGGING WITH REGULAR SIDE POCKET | 4200 | $6.65 | $27,930.00 |
| DFI-CALI-1230 | SC-401N-RUBY | | RUBY RED | 22" INSEAM LEGGING WITH REGULAR SIDE POCKET | 3035 | $6.65 | $20,182.75 |
| DFI-CALI-1230 | SC-401N-HEGR | | HEATHER GREY | 22" INSEAM LEGGING WITH REGULAR SIDE POCKET | 3600 | $6.65 | $23,940.00 |
| DFI-CALI-1230 | SC-401N-LAV | | LAVENDER | 22" INSEAM LEGGING WITH REGULAR SIDE POCKET | 1800 | $6.65 | $11,970.00 |
| DFI-CALI-1230 | SC-401N-BBY | | BLACKBERRY | 22" INSEAM LEGGING WITH REGULAR SIDE POCKET | 2460 | $6.65 | $16,359.00 |
| DFI-CALI-1230 | SH-402N-BLK | | BLACK | 22" INSEAM HIGH RISE LEGGING WITH 5" WAISTBAND - NO POCKETS | 4200 | $6.65 | $27,930.00 |
| DFI-CALI-1230 | SH-402N-RUBY | | RUBY RED | 22" INSEAM HIGH RISE LEGGING WITH 5" WAISTBAND - NO POCKETS | 3000 | $6.65 | $19,950.00 |
| DFI-CALI-1230 | SH-402N-HEGR | | HEATHER GREY | 22" INSEAM HIGH RISE LEGGING WITH 5" WAISTBAND - NO POCKETS | 3540 | $6.65 | $23,541.00 |
| DFI-CALI-1230 | SH-402N-LAV | | LAVENDER | 22" INSEAM HIGH RISE LEGGING WITH 5" WAISTBAND - NO POCKETS | 1860 | $6.65 | $12,369.00 |
| DFI-CALI-1230 | SH-402N-BBY | | BLACKBERRY | 22" INSEAM HIGH RISE LEGGING WITH 5" WAISTBAND - NO POCKETS | 2400 | $6.65 | $15,960.00 |
| DFI-CALI-1230 | SL-401N-BLK | | BLACK | 25" INSEAM LEGGING WITH REGULAR SIDE POCKET | 3480 | $6.75 | $23,490.00 |
| DFI-CALI-1230 | SL-401N-RUBY | | RUBY RED | 25" INSEAM LEGGING WITH REGULAR SIDE POCKET | 3025 | $6.75 | $20,418.75 |
| DFI-CALI-1230 | SL-401N-HEGR | | HEATHER GREY | 25" INSEAM LEGGING WITH REGULAR SIDE POCKET | 3000 | $6.75 | $20,250.00 |
| DFI-CALI-1230 | SL-401N-LAV | | LAVENDER | 25" INSEAM LEGGING WITH REGULAR SIDE POCKET | 1800 | $6.75 | $12,150.00 |
| DFI-CALI-1230 | SL-401N-BBY | | BLACKBERRY | 25" INSEAM LEGGING WITH REGULAR SIDE POCKET | 2400 | $6.75 | $16,200.00 |
| | | | | TOTAL: | 43800 | | $292,640.50 |
| | | | | | | 100% against BOL | $292,640.50 |

Say: U.S.DOLLARS TWO HUNDRED NINETY TWO THOUSAND SIX HUNDRED FORTY AND CENTS FIFTY ONLY.

PAYMENT TERM:

100% against BOL

**BANK INFORMATION:**

BENEFICIARY: Home Solutions Co.,Ltd
12/F, San Toi Building, 139 Connaught Road Central,  Hong Kong 999077
**BANK NAME:** HSBC HONGKONG
**ADD:** 1 QUEEN'S ROAD CENTRAL, HONGKONG,999077
**USD A/C NO:** 561 713405 838
**SWIFT NO:** HSBCHKHHHKH

Seller        DONGGUAN FENGSHANG INDUSTRIAL CO. LTD