# EXHIBIT 3

ORDERED BY:

# Michael Fashion Consulting LLC
35 West 35th Street  
Suite 400  
New York, NY  10001

Voice:  
Fax:

# PURCHASE ORDER

Purchase Order No.: DFI-KKPERF-1230X  
Date Issued: 10/22/21

| To: |
|---|
| DONGGUAN FENGSHANG INDUSTRIAL CO. LTD<br>HONGHUA BLD<br>XIANGSHI ROAD , LIAOBU TOWN<br>DONGGUAN<br>CHINA |

| Ship To: |
|---|
| Michael Fashion Consulting LLC<br>499 7TH AVENUE<br>12TH FLOOR SOUTH<br>New York, NY  10018 |

| Good Thru | Ship Via | Account No. | Terms |
|---|---|---|---|
| 12/30/21 | Ground |  | Net 30 Days |

| Quantity | Item | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 3,000.00 | KB1-4103-BLK | 22" INSEAM SELF POCKETS CAPRI | 5.55 | 16,650.00 |
| 3,000.00 | KB1-4103-HGRY | 22" INSEAM SELF POCKETS CAPRI | 5.55 | 16,650.00 |
| 3,000.00 | KB1-4103-RRED | 22" INSEAM SELF POCKETS CAPRI | 5.55 | 16,650.00 |
| 3,000.00 | KB1-410422-BLK | 22" INSEAM TRAPUNTO MOTO PKT C | 5.55 | 16,650.00 |
| 3,000.00 | KB1-410422-HGRY | 22" INSEAM TRAPUNTO MOTO PKT C | 5.55 | 16,650.00 |
| 3,000.00 | KB1-410422-RRED | 22" INSEAM TRAPUNTO MOTO PKT C | 5.55 | 16,650.00 |
| 3,000.00 | KB1-410522-BLK | 22"  INSEAM PINTUCK MOTO PKT C | 5.55 | 16,650.00 |
| 3,000.00 | KB1-410522-HGRY | 22"  INSEAM PINTUCK MOTO PKT C | 5.55 | 16,650.00 |
| 3,000.00 | KB1-410522-RRED | 22"  INSEAM PINTUCK MOTO PKT C | 5.55 | 16,650.00 |
| 3,000.00 | KB1-4106-BLK | 22"  INSEAM SELF SIDE POCKETS | 5.55 | 16,650.00 |
| 3,000.00 | KB1-4106-HGRY | 22"  INSEAM SELF SIDE POCKETS | 5.55 | 16,650.00 |
| 3,000.00 | KB1-4106-RRED | 22"  INSEAM SELF SIDE POCKETS | 5.55 | 16,650.00 |
|  |  |  | TOTAL | $199,800.00 |

Authorized Signature  _____