# EXHIBIT 4

# PURCHASE ORDER

ORDERED BY:

**Soho Partners Group LLC**
35 W. 35th Street
400
New York, NY  10001
USA

Voice:
Fax:

Purchase Order No.:   DFI-C&C-115X
Date Issued:           10/27/21

| To: | Ship To: |
|---|---|
| DONGGUAN FENGSHANG INDUSTRIAL CO. LTD<br>BLD HONGHUA<br>XIANGSHI RD<br>LIABO TOWN DONGGUAN<br>China | Soho Partners Group LLC<br>499 7TH AVENUE<br>12TH FLOOR SOUTH<br>New York, NY  10018<br>USA |

| Good Thru | Ship Via | Account No. | Terms |
|---|---|---|---|
| 1/15/22 | Ground |  | Net 30 Days |

| Quantity | Item | Description | Unit Cost | Amount |
|---:|---|---|---:|---:|
| 3,600.00 | CC21140122-WAVE | 22" INTERLOCK LEGGINGS W/ SIDE | 5.75 | 20,700.00 |
| 3,600.00 | CC21140122-WOOD | 22" INTERLOCK LEGGINGS W/ SIDE | 5.75 | 20,700.00 |
| 3,600.00 | CC21140122-WAVE | 22" INTERLOCK LEGGINGS W/ SIDE | 5.75 | 20,700.00 |
| 3,600.00 | CC21-1406-SILV | 22" LEGGING W/ PRINTED SIDE PA | 5.75 | 20,700.00 |
| 3,600.00 | CC21140422-TEA | 22" INTERLOCK LEGGINGS W/ SIDE | 5.75 | 20,700.00 |
| 3,600.00 | CC21140422-BLK | 22" INTERLOCK LEGGINGS W/ SIDE | 5.75 | 20,700.00 |
| 3,600.00 | CC21140125-RED | 25" INTERLOCK LEGGINGS W/ SIDE | 5.40 | 19,440.00 |
| 3,600.00 | CC21140125-CHAM | 25" INTERLOCK LEGGINGS W/ SIDE | 5.40 | 19,440.00 |
| 3,600.00 | CC21140125-ALLO | 25" INTERLOCK LEGGINGS W/ SIDE | 5.40 | 19,440.00 |
| 4,800.00 | CC21140125-BLK | 25" INTERLOCK LEGGINGS W/ SIDE | 5.40 | 25,920.00 |
| 3,000.00 | CC21140222-CORA | 22" INTERLOCK LEGGINGS W/ SIDE | 5.50 | 16,500.00 |
| 3,000.00 | CC21140222-TEA | 22" INTERLOCK LEGGINGS W/ SIDE | 5.50 | 16,500.00 |
| 3,000.00 | CC21140222-WILD | 22" INTERLOCK LEGGINGS W/ SIDE | 5.50 | 16,500.00 |
| 3,000.00 | CC21140222-BLK | 22" INTERLOCK LEGGINGS W/ SIDE | 5.50 | 16,500.00 |
| 4,000.00 | CC21-1405-BANA | 25" LEGGING W/ MOON PHASES PRI | 5.50 | 22,000.00 |
| 4,000.00 | CC21-1405-RED | 25" LEGGING W/ MOON PHASES PRI | 5.50 | 22,000.00 |
| 4,000.00 | CC21-1405-CHAM | 25" LEGGING W/ MOON PHASES PRI | 5.50 | 22,000.00 |
| 6,000.00 | CC21-1405-BLK | 25" LEGGING W/ MOON PHASES PRI | 5.50 | 33,000.00 |
| 7,200.00 | CC21140625-BLK | 25" LEGGING W/ PRINTED SIDE PA | 5.50 | 39,600.00 |
| 3,500.00 | CC21140722-WINS | 22" LEGGING W/ PRINTED CURVED | 5.50 | 19,250.00 |
| 3,500.00 | CC21140722-BANA | 22" LEGGING W/ PRINTED CURVED | 5.50 | 19,250.00 |
| 3,500.00 | CC21140722-TEA | 22" LEGGING W/ PRINTED CURVED | 5.50 | 19,250.00 |
|  |  |  | **TOTAL** | **$470,790.00** |

Authorized Signature _____