# EXHIBIT 5

# DONGGUAN FENGSHANG INDUSTRIAL CO. LTD
ADDRESS: HONGHUA BLD, XIANGSHI ROAD , LIAOBU TOWN DONGGUAN CHINA

PROFORMA INVOICE

DATE: 2022-1-17
PI NO.: FS20220117

| To: | Soho Partners Group LLC (Ringer Jeans LLC) | | | | | | |
|---|---|---|---|---|---|---|---|
| Address: | 35 West 35th Street, Suite 400, New York, NY 10001 | | | | | | |
| Attention: | Malory / Charles | | | | | | |
| PO# | STYLE# | Ref Pic. | COLOR | DESCRIPTION | QTY/pcs | Unit Price | Total Price |
| DFI-KKPERF-1230X | KB1-4103-BLK | | BLACK | 22" INSEAM SELF POCKETS CAPRI WITH FRONT LOGO | 3000 | $5.55 | $16,650.00 |
| DFI-KKPERF-1230X | KB1-4103-RUBY | | RUBY RED | 22" INSEAM SELF POCKETS CAPRI WITH FRONT LOGO | 3000 | $5.55 | $16,650.00 |
| DFI-KKPERF-1230X | KB1-4106-BLK | | BLACK | 22" INSEAM SELF SIDE POCKETS WITH LEFT LEG LOGO | 2989 | $5.55 | $16,588.95 |
| DFI-KKPERF-1230X | KB1-4106-RUBY | | RUBY RED | 22" INSEAM SELF SIDE POCKETS WITH LEFT LEG LOGO | 2978 | $5.55 | $16,527.90 |
| DFI-KKPERF-1230X | KB1-410422-BLK | | BLACK | 22" INSEAM TRAPUNTO MOTO PKT CAPRI WITH FRONT RIGHT LOGO | 2997 | $5.55 | $16,633.35 |
| DFI-KKPERF-1230X | KB1-410422-RUBY | | RUBY RED | 22" INSEAM TRAPUNTO MOTO PKT CAPRI WITH FRONT RIGHT LOGO | 3000 | $5.55 | $16,650.00 |
| DFI-KKPERF-1230X | KB1-410522-BLK | | BLACK | 22" INSEAM PINTUCK MOTO PKT CAPRI WITH BACK LOGO | 2974 | $5.55 | $16,505.70 |
| DFI-KKPERF-1230X | KB1-410522-RUBY | | RUBY RED | 22" INSEAM PINTUCK MOTO PKT CAPRI WITH BACK LOGO | 3000 | $5.55 | $16,650.00 |
| DFI-C&C-115X | CC21-140122-WAVE | | WAVE SUNSET | 22" INSEAM INTERLOCK ALLOVER PRINTED LEGGINGS W/ SIDE POCKETS | 3600 | $5.75 | $20,700.00 |
| DFI-C&C-115X | CC21-140122-WOOD | | WOOD WAVE | 22" INSEAM INTERLOCK ALLOVER PRINTED LEGGINGS W/ SIDE POCKETS | 3600 | $5.75 | $20,700.00 |
| DFI-C&C-115X | CC21-140125-RED | | RED | 25" INSEAM INTERLOCK LEGGINGS W/ SIDE POCKETS | 3595 | $5.40 | $19,413.00 |
| DFI-C&C-115X | CC21-140125-CHAM | | SOFT CHAMBRAY | 25" INSEAM INTERLOCK LEGGINGS W/ SIDE POCKETS | 3600 | $5.40 | $19,440.00 |
| DFI-C&C-115X | CC21-140722-BANA | | PALE BANANA | 22" INSEAM LEGGING W/ PRINTED CURVED SIDE PANEL | 3480 | $5.50 | $19,140.00 |
| DFI-C&C-115X | CC21-140722-WINS | | WINSOME ORCHID | 22" INSEAM LEGGING W/ PRINTED CURVED SIDE PANEL | 3480 | $5.50 | $19,140.00 |
| DFI-C&C-115X | CC21-140222-PALM | | PALM SPRINGS | 22" INSEAM INTERLOCK LEGGINGS W/ FLAP POCKETS | 3600 | $5.75 | $20,700.00 |
| DFI-C&C-115X | CC21-140222-CORA | | CORAL PINK | 22" INSEAM INTERLOCK LEGGINGS W/ FLAP POCKETS | 3000 | $5.50 | $16,500.00 |
| DFI-C&C-115X | CC21-140222-TEA | | TEA | 22" INSEAM INTERLOCK LEGGINGS W/ FLAP POCKETS | 3000 | $5.50 | $16,500.00 |
| DFI-C&C-115X | CC21-140222-WILD | | WILD WIND | 22" INSEAM INTERLOCK LEGGINGS W/ FLAP POCKETS | 2993 | $5.50 | $16,461.50 |
| DFI-C&C-115X | CC21-140222-BLK | | BLACK | 22" INSEAM INTERLOCK LEGGINGS W/ FLAP POCKETS | 3000 | $5.50 | $16,500.00 |
| | | | TOTAL: | | 60886 | | $338,050.40 |
| | | | | | | 100% against BOL | $338,050.40 |

Say: U.S.DOLLARS THREE HUNDRED THIRTY EIGHT THOUSAND FIFTY AND CENTS FORTY ONLY.
PAYMENT TERM:
100% against BOL

**BANK INFORMATION:**
**BENEFICIARY:** Home Solutions Co.,Ltd
12/F, San Toi Building, 139 Connaught Road Central,  Hong Kong 999077
**BANK NAME:** HSBC HONGKONG
**ADD:** 1 QUEEN'S ROAD CENTRAL, HONGKONG,999077
**USD A/C NO:** 561 713405 838
**SWIFT NO:** HSBCHKHHHKH

Seller     DONGGUAN FENGSHANG INDUSTRIAL CO. LTD

# DONGGUAN FENGSHANG INDUSTRIAL CO. LTD
ADDRESS: HONGHUA BLD, XIANGSHI ROAD , LIAOBU TOWN DONGGUAN CHINA

PROFORMA INVOICE

DATE: 2022-2-7
PI NO.: FS20220207

| To: | Soho Partners Group LLC (Ringer Jeans LLC) | | | | | | |
|---|---|---|---|---|---|---|---|
| Address: | 35 West 35th Street, Suite 400, New York, NY 10001 | | | | | | |
| Attention: | Malory / Charles | | | | | | |
| PO# | STYLE# | Ref Pic. | COLOR | DESCRIPTION | QTY/pcs | Unit Price | Total Price |
| DFI-KKPERF-1230X | KB1-4103 | | HEATHER GREY | 22" INSEAM SELF POCKETS CAPRI WITH FRONT LOGO | 2991 | $5.55 | $16,600.05 |
| DFI-KKPERF-1230X | KB1-4106 | | HEATHER GREY | 22" INSEAM SELF SIDE POCKETS WITH LEFT LEG LOGO | 3000 | $5.55 | $16,650.00 |
| DFI-KKPERF-1230X | KB1-410422 | | HEATHER GREY | 22" INSEAM TRAPUNTO MOTO PKT CAPRI WITH FRONT RIGHT LOGO | 2940 | $5.55 | $16,317.00 |
| DFI-KKPERF-1230X | KB1-410522 | | HEATHER GREY | 22"  INSEAM PINTUCK MOTO PKT CAPRI WITH BACK LOGO | 2697 | $5.55 | $14,968.35 |
| DFI-C&C-115X | CC21-140125 | | ALLOY | 25" INSEAM  INTERLOCK LEGGINGS W/ SIDE POCKETS | 3600 | $5.40 | $19,440.00 |
| DFI-C&C-115X | CC21-140125 | | BLACK | 25" INSEAM  INTERLOCK LEGGINGS W/ SIDE POCKETS | 4800 | $5.40 | $25,920.00 |
| DFI-C&C-115X | CC21-140422 | | TEA | 22 INCH RIBBED WB & BOTTOM LEGGING | 3360 | $5.75 | $19,320.00 |
| DFI-C&C-115X | CC21-140422 | | BLACK | 22 INCH RIBBED WB & BOTTOM LEGGING | 3458 | $5.75 | $19,883.50 |
| DFI-C&C-115X | CC21-1405 | | PALE BANANA | 25" INSEAM LEGGING W/ MOON PHASES PRINTED SIDE PANEL | 4020 | $5.50 | $22,110.00 |
| DFI-C&C-115X | CC21-1405 | | RED | 25" INSEAM LEGGING W/ MOON PHASES PRINTED SIDE PANEL | 3877 | $5.50 | $21,323.50 |
| DFI-C&C-115X | CC21-1405 | | SOFT CHAMBRAY | 25" INSEAM LEGGING W/ MOON PHASES PRINTED SIDE PANEL | 3960 | $5.50 | $21,780.00 |
| DFI-C&C-115X | CC21-1405 | | BLACK | 25" INSEAM LEGGING W/ MOON PHASES PRINTED SIDE PANEL | 5877 | $5.50 | $32,323.50 |
| DFI-C&C-115X | CC21-140625 | | BLACK | 25 INCH LEGGING W PRINTED SIDE PANEL | 7314 | $5.50 | $40,227.00 |
| DFI-C&C-115X | CC21-1406 | | SILVER MINK | 22 INCH LEGGING W PRINTED SIDE PANEL | 3581 | $5.75 | $20,590.75 |
| DFI-C&C-115X | CC21-140722 | | TEA | 22 INCH LEGGING W CURVED SIDE PANEL | 3480 | $5.50 | $19,140.00 |
| | | | TOTAL: | | 58955 | | $326,593.65 |
| | | | | | | 100% against BOL | $326,593.65 |

Say: U.S.DOLLARS THREE HUNDRED TWENTY SIX THOUSAND FIVE HUNDRED NINETY THREE AND CENTS SIXTY FIVE ONLY.
PAYMENT TERM:
100% against BOL

**BANK INFORMATION:**

| | |
|---|---|
| **BENEFICIARY:** | Home Solutions Co.,Ltd |
| | 12/F, San Toi Building, 139 Connaught Road Central,  Hong Kong 999077 |
| **BANK NAME:** | HSBC HONGKONG |
| **ADD:** | 1 QUEEN'S ROAD CENTRAL, HONGKONG,999077 |
| **USD A/C NO:** | 561 713405 838 |
| **SWIFT NO:** | HSBCHKHHHKH |

Seller    DONGGUAN FENGSHANG INDUSTRIAL CO. LTD