```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DONGGUAN FENGSHANG INDUSTRIAL CO. LTD,

                              Plaintiff,

            -against-

SOHO PARTNERS GROUP LLC, MICHAEL FASHION CONSULTING LLC, RINGERJEANS LLC, and CHARLES AZRAK

                            Defendants.
-------------------------------------------------------------- X

22-CV-6275 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on July 25, 2022, Plaintiff filed its Complaint, Dkt. 1;

      WHEREAS on August 13, 2022, Plaintiff filed an Amended Complaint, Dkt. 15;

      WHEREAS on September 16, 2022, Plaintiff requested a certificate of default from the Clerk of Court, Dkt. 27;

      WHEREAS on September 16, 2022, the Clerk of Court notified Plaintiff that its request was deficient because it failed to provide adequate proof of service; and

      WHEREAS an Initial Pre-Trial Conference is currently scheduled for Friday, September 23, 2022, at 10 A.M., Dkt. 14;

      IT IS HEREBY ORDERED that the Initial Pre-Trial Conference is adjourned until **Friday, October 28, 2022, at 10 A.M.** to allow Plaintiff time to address its service deficiencies.

      IT IS FURTHER ORDERED that pursuant to Federal Rule of Civil Procedure 4(m), if Plaintiff does not adequately serve Defendants "within 90 days after the complaint [was] filed" or show "good cause" for its failure to meet this deadline, the Court will dismiss the action

without prejudice.  Plaintiff must therefore file adequate proof of service or show good cause for its failure to do so by not later than **Monday, October 24, 2022**.

**SO ORDERED.**

Date:  September 21, 2022
      New York, New York

**VALERIE CAPRONI**
**United States District Judge**