# UNITED STATES DISTRICT COURT
for the
Southern District of New York 

| | |
|---|---|
| DONGGUAN FENGSHANG INDUSTRIAL CO., LTD )<br>*Plaintiff* )<br>v. )<br>SOHO PARTNERS GROUP LLC, et al. )<br>*Defendant* ) | Case No. 22-CV-6275 (VEC) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Soho Partners Group LLC, Michael Fashion Consulting LLC, RIngerjeans LLC, Charles Azrak .

Date: 09/29/2022

/s/ Joseph Lee Matalon
*Attorney's signature*

Joseph Lee Matalon
*Printed name and bar number*
WACHTEL MISSRY LLP
885 Second Avenue
New York, New York 10017

*Address*

JLMatalon@wmllp.com
*E-mail address*

(212) 909-9675
*Telephone number*

*FAX number*