UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dongguan Fengshang Indus. Co. Ltd.

                              Plaintiff,

        -against-

Soho Partners Group, LLC et al.,

                             Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022

1:22-cv-06275 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today, in which only counsel for the Plaintiff appeared, it is hereby ORDERED, as follows:

1. No later than November 11, 2022, Plaintiff shall file its motion for default judgment.

2. If Defendants seek to vacate the Clerk's Certificate of Default (ECF No. 41), then no later than November 11, 2022, Defendants shall file their motion to vacate.

**SO ORDERED.**

Dated:      New York, New York
             October 28, 2022

                                        _____
                                        STEWART D. AARON
                                        United States Magistrate Judge