UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DONGGUAN FENGSHANG INDUSTRIAL
CO., LTD.

                                   Plaintiff,                  22-cv-06275-SDA

                      -against-

SOHO PARTNERS GROUP LLC,                  **NOTICE OF MOTION FOR**
MICHAEL FASHION CONSULTING LLC,          **DEFAULT JUDGMENT**
RINGERJEANS LLC, AND
CHARLES AZRAK

                                  Defendants.
-------------------------------------------------------------X

**PLEASE TAKE NOTICE** Plaintiff, Dongguan Fengshang Industrial Co., Ltd, will move before this Court, at a date and time to be determined by the Court for an order granting Plaintiff's Motion for a Default Judgment against Defendants, and for such other and further relief as this Court may deem just and proper.

Dated: November 11, 2022                               /s/ Ruoting Men
                                                                 Ruoting Men, Esq.
                                                                   Wei Wang, Esq.
                                                                   Glacier Law LLP
                                                                  200 Park Ave., Ste 1703
                                                                  New York, NY 10166
                                                                  312-270-0413
                                                                  ruoting.men@glacier.law

                                                                *Counsels for Plaintiff*