```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dongguan Fengshang Indus. Co. Ltd.<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>Soho Partners Group, LLC et al.,<br><br>　　　　　　　　　　Defendants. | 1:22-cv-06275 (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later than November 28, 2022, Defendants shall file their response to Plaintiff's motion for default judgment and Plaintiff shall file its response to Defendants' motion to vacate. The parties' respective replies, if any, shall be filed no later than December 5, 2022.

**SO ORDERED.**

Dated:　　　New York, New York
　　　　　　November 14, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　STEWART D. AARON
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge