```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dongguan Fengshang Indus. Co. Ltd.

                              Plaintiff,

-against-

Soho Partners Group, LLC et al.,

                              Defendants.

1:22-cv-06275 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    Pending before the Court is a motion by counsel for Defendants, Joseph Lee Matalon ("Attorney Matalon"), to withdraw as counsel. (Mot. to Withdraw, ECF No. 85.) It is hereby Ordered as follows:

1. No later than Wednesday, November 8, 2023, Attorney Matalon shall serve a copy of his motion, along with a copy of this Order, on Defendants and file proof of service on the ECF docket.

2. No later than November 22, 2023, Defendants shall provide a copy of any response to the motion to withdraw to Attorney Matalon and Attorney Matalon shall file any response on the ECF docket immediately upon receipt.

3. Defendants Soho Partners Group LLC, Michael Fashion Consulting LLC and Ringerjeans LLC are hereby advised that a corporation cannot appear *pro se* in this Court. Thus, if Attorney Matalon is permitted to withdraw as counsel, and no successor counsel appears, a default judgment may be entered against them. *See, e.g., McFarlane v. Harry's Nurses Registry*, No. 17-CV-06350 (PKC) (PK), 2020 WL 1643781, at *15 (E.D.N.Y. Apr. 2, 2020) (corporate defendant's failure to obtain

counsel is failure to "otherwise defend" under Federal Rule of Civil Procedure 55(a)). While the individual defendant, Charles Azrak, can proceed *pro se*, he still will be required to comply with all Court orders and deadlines and failure to do so may result in the imposition of sanctions, up to and including entry of a default judgment against him.

4. The deadline for Defendants to respond to Plaintiff's partial motion for summary judgment is adjourned *sine die*. The Court will set a new schedule once the motion to withdraw is resolved.

**SO ORDERED.**

Dated:   New York, New York
         November 3, 2023

_____
STEWART D. AARON
United States Magistrate Judge