USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dongguan Fengshang Indus. Co. Ltd.

                            Plaintiff,

-against-

Soho Partners Group, LLC et al.,

                            Defendants.

1:22-cv-06275 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      In accordance with the Court's November 29, 2023 Order granting Attorney Matalon's motion to withdraw (ECF No. 88), Attorney Matalon was to serve a copy of the Order on each Defendant and file proof of service on the docket no later than December 6, 2023. Despite an email reminder from the Court, as of the date of this Order, Attorney Matalon has failed to do so. No later than Friday, December 15, 2023, Attorney Matalon shall file such proof of service or seek an extension of time to do so. Continued failure to comply with the Court's Orders shall result in the imposition of sanctions.

**SO ORDERED.**

Dated:     New York, New York
            December 11, 2023

*/s/ Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge