```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dongguan Fengshang Indus. Co. Ltd.

                 Plaintiff,

-against-

Soho Partners Group, LLC et al.,

                 Defendants.

1:22-cv-06275 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      On September 19, 2023, Plaintiff filed a motion for partial summary judgment against defendant Soho Partners Group LLC ("Soho Partners"), which is pending before the Court. (Pl.'s Motion, ECF No. 79.) Thereafter, Defendants' attorney was granted permission to withdraw. (11/29/2023 Order, ECF No. 88.) The Court gave the corporate defendants, including Soho Partners, until December 29, 2023 to appear through new counsel, but they did not do so. (*See id.*; *see also* Aff. of Service, ECF No. 90.) A Clerk's Certificate of Default was entered against the corporate defendants, including Soho Partners, on January 3, 2024. (Cert. Default, ECF No. 95.) Accordingly, Plaintiff's motion for partial summary judgment is denied as moot. *See Tahirou v. New Horizon Enterprises, LLC,* No. 20-CV-00281 (SVN), 2023 WL 2613506, at *4 n.3 (D. Conn. Mar. 23, 2023) (denying motion for summary judgment as moot as to defendant in default); *cf. Gasser v. Infanti Int'l, Inc.*, No. 03 CV 6413 (ILG), 2008 WL 2876531, at *7 (E.D.N.Y. July 23, 2008) (default judgment mooted claim on motion for partial summary judgment).

      The parties are directed to appear for a telephone conference on Wednesday, February 14, 2024 at 11:00 a.m. to address the status of this action with respect to Defendant Azrak and to set an appropriate schedule for Plaintiff to file its anticipated motion for default judgment

against the corporate defendants. The telephone conference shall be conducted via Microsoft Teams (audio only) using the following dial-in: 646-453-4442, Phone Conference ID: 306 048 200.

Counsel for Plaintiff is directed promptly to send a copy of this Order to Defendant Azrak at the address listed in ECF No. 13-5 and via email, if Plaintiff's counsel is aware of an email address for Defendant Azrak.

**SO ORDERED.**

Dated: New York, New York
February 1, 2024

_____
STEWART D. AARON
United States Magistrate Judge