```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dongguan Fengshang Indus. Co. Ltd.

                Plaintiff,

-against-

Soho Partners Group, LLC et al.,

                Defendants.

1:22-cv-06275 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today with Plaintiff and Defendant Azrak, and for the reasons stated on the record, it is hereby Ordered as follows:

1. No later than Friday, February 16, 2024, Plaintiff's counsel shall produce to Defendant Azrak's new counsel the previously exchanged discovery materials, *i.e.*, copies of all documents previously produced in this action; copies of all written requests for production of documents and interrogatories along with any responses; and copies of all deposition transcripts and exhibits marked during depositions.

2. No later than Tuesday, February 20, 2024, the parties shall file a joint letter setting forth a proposed schedule for the completion of discovery with respect to Plaintiff's claims against Defendant Azrack (Counts V and VI of the Amended Complaint).

**SO ORDERED.**

Dated:      New York, New York
              February 14, 2024

*/s/ Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge