**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DONGGUAN FENGSHANG INDUSTRIAL
CO. LTD.,

                    Plaintiffs,

    -against-                                22 **CIVIL** 6275 (SDA)

                                                    **JUDGMENT**

SOHO PARTNERS GROUP, LLC. et al.,
                    Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 6, 2025, Plaintiff's motion to enforce the Settlement Agreement is GRANTED IN PART and DENIED IN PART, and Plaintiff is entitled to recover from Defendants the sum of $344,585.00 (i.e., $155,000.00 for monetary payments due under the Settlement Agreement plus $189,585.00 for the remaining goods). Judgment is entered in the amount of $344,585.00 in favor of Plaintiff and against each of Charles Azrak, Soho Partners Group LLC, Michael Fashion Consulting LLC and Ringerjeans LLC, jointly and severally, and the case is closed.

**Dated:** New York, New York

      January 6, 2025

                                                **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                          **BY:**
                                                **Deputy Clerk**